UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MISSION PRODUCE, INC., | Case No. 15-CV-01951-LHK |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| ORGANIC ALLIANCE, INC., et al., | |
| Defendants. | |

Plaintiff's Attorneys:  June Monroe
Defendant's Attorney:  None

An initial case management conference was held on December 3, 2015.  A further case management conference is set for March 2, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by February 24, 2016.

By December 14, 2015, Plaintiff shall file a second motion for default judgment.  The second motion for default judgment must address the issues identified by the Court's order denying Plaintiff's first motion for default judgment.  *See* ECF No. 35.

1

United States District Court
Northern District of California

1

**IT IS SO ORDERED.**

2

3

Dated:  December 3, 2015

4

_____

5

LUCY H. KOH
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

Case No. 15-CV-01951-LHK
CASE MANAGEMENT ORDER